UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARISSA GLOVER,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>TD BANK, N.A., et al.,<br><br>　　　　　　　　Defendants. | Case No.: 3:16-cv-01790-BEN-BLM<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS DEFENDANT TRANS UNION, LLC** |

The Court has considered the Joint Motion for Dismissal with Prejudice (the "Joint Motion") filed by Plaintiff Marissa Glover and Defendant Trans Union, LLC ("Trans Union"). (Docket No 24.)

For good cause shown, the Joint Motion is **GRANTED**. Defendant Trans Union is **DISMISSED WITH PREJUDICE** from the action. Each party shall bear its own fees and costs.

**IT IS SO ORDERED.**

DATED: February __, 2017

　　　　　　　　　　　　　　　　　　HON. ROGER T. BENITEZ
　　　　　　　　　　　　　　　　　　United States District Judge