FILED

17 FEB 15 AM 11: 35

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY  MXN  DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARISSA GLOVER,<br><br>Plaintiff,<br><br>v.<br><br>TD BANK, N.A., et al.,<br><br>Defendants. | Case No.: 3:16-cv-01790-BEN-BLM<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS DEFENDANT EQUIFAX INFORMATION SERVICES, LLC** |

The Court has considered the Joint Motion for Dismissal with Prejudice (the "Joint Motion") filed by Plaintiff Marissa Glover and Defendant Equifax Information Services, LLC ("Equifax"). (Docket No 25.)

For good cause shown, the Joint Motion is **GRANTED**. Defendant Equifax is **DISMISSED WITH PREJUDICE** from the action. Each party shall bear its own fees and costs.

**IT IS SO ORDERED.**

DATED: February 14, 2017

HON. ROGER T. BENITEZ
United States District Judge

1

3:16-cv-01790-BEN-BLM