FILED

17 MAR 15 PM 12: 51

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: MXN  DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| MARISSA GLOVER, | Case No.: 3:16-cv-01790-BEN-BLM |
| Plaintiff, | |
| v. | **ORDER GRANTING JOINT MOTION TO DISMISS DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.** |
| TD BANK, N.A., et al., | |
| Defendants. | |

The Court has considered the Joint Motion for Dismissal with Prejudice (the "Joint Motion") filed by Plaintiff Marissa Glover and Defendant Experian Information Services, Inc. ("Experian"). (Docket No 25.)

For good cause shown, the Joint Motion is **GRANTED**. Defendant Experian is **DISMISSED WITH PREJUDICE** from the action. Each party shall bear its own fees and costs.

**IT IS SO ORDERED.**

DATED: March 15, 2017

HON. ROGER T. BENITEZ
United States District Judge