FILED

17 APR 27 PM 1:00

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: WL          DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARISSA GLOVER,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>TD BANK, N.A., et al.,<br><br>　　　　　Defendants. | Case No.: 3:16-cv-01790-BEN-BLM<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS ACTION** |

　　The Court has considered the Joint Motion to Dismiss Action Without Prejudice (the "Joint Motion") filed by Plaintiff Marissa Glover and the only remaining defendant, TD Bank, N.A. ("TD Bank"). (Docket No 30.)

　　For good cause shown, the Joint Motion is **GRANTED**. Plaintiff's action is **DISMISSED WITHOUT PREJUDICE**. Each party shall bear its own fees and costs.

　　**IT IS SO ORDERED.**

DATED: April 26, 2017

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　HON. ROGER T. BENITEZ
　　　　　　　　　　　　　　　　　　　　　United States District Judge